United States District Court
Southern District of Texas
**ENTERED**
June 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LEANDRA LOPEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:26-CV-011 |
| | § | |
| FRANK J BISIGNANO, Commissioner of | § | |
| the Social Security Administration, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff's complaint pursuant to 42 U.S.C. § 405(g), which has been referred to the Magistrate Judge for report and recommendation. On April 22, 2026, the Magistrate Judge issued the Report and Recommendation (Dkt. Entry No. 14), recommending that this case be reversed and remanded to the Commissioner of the Social Security Administration pursuant to the fourth sentence of 42 U.S.C. § 405(g) to provide Plaintiff the opportunity for a new hearing, take further action to complete the administrative record, and issue a new decision. No objections to the Report and Recommendation have been filed.

Pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, the Court has conducted a review of the Report and Recommendation. Finding no clear error, the Court adopts the Report and Recommendation (Dkt. Entry No. 14) in its entirety. A separate Judgment consistent with this Order shall issue.

The Clerk of Court shall send a copy of this Order to the parties.

SO ORDERED June 22, 2026, at McAllen, Texas.

Randy Crane
Chief United States District Judge

1 / 1